1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KENDRICK GRAY,                        No.  2:18-cv-0645 MCE KJN P

12              Plaintiff,
                                            FINDINGS AND RECOMMENDATIONS
13         v.

14    DEBRINA SANCHEZ, et al.,

15              Defendants.

16

17         By an order filed April 3, 2018, plaintiff was ordered to file a completed in forma pauperis

18    affidavit and a certified copy of his prison trust account statement, and was cautioned that failure

19    to do so would result in a recommendation that this action be dismissed.  (ECF No. 3.)  The thirty

20    day period has now expired, and plaintiff has not responded to the court's order and has not filed

21    the required documents.

22         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23    prejudice.

24         These findings and recommendations are submitted to the United States District Judge

25    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26    after being served with these findings and recommendations, any party may file written

27    objections with the court and serve a copy on all parties.  Such a document should be captioned

28    "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

objections shall be filed and served within fourteen days after service of the objections. The

parties are advised that failure to file objections within the specified time may waive the right to

appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 16, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gray645.fr

kc

2